VANCOUVER LUMBER COMPANY, Ltd., Libelant-Appellee, v. HOME INSURANCE COMPANY, Respondent-Appellant.

No. 219.

Circuit Court of Appeals, Second Circuit.

Feb. 5, 1934.

Bigham, Englar, Jones & Houston, of New York City (Martin Detels, of New York City, of counsel), for appellant.

Lord, Day & Lord, of New York City (George De Forest Lord and Jesse Hoyt, both of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and MACK, Circuit Judges.

PER CURIAM.

Decree ([D. C.] 3 F. Supp. 414) affirmed on opinion below.